BERNARD GELBARD, M.D., Respondent, v GENESEE HOSPITAL et al., Appellants. [735 NYS2d 841] —Order unanimously affirmed without costs. Memorandum: Upon our review of the record, we conclude that Supreme Court did not abuse its discretion in denying defendants' motion for an award of attorneys' fees and costs under the Health Care Quality Improvement Act of 1986 (42 USC § 11101 *et seq.; see,* 42 USC § 11113; *Sugarbaker v SSM Health Care,* 187 F3d 853, 857-858). "Whether a party's conduct is frivolous or without foundation is a question committed to the sound discretion of the * * * court" (*Johnson v Nyack Hosp.,* 964 F2d 116, 123; *see also, Addis v Holy Cross Health Sys. Corp.,* 88 F3d 482, 486-487). We have examined defendants' remaining contention and conclude that it lacks merit. (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Counsel Fees.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.

 MICHAEL MACALUSO et al., Appellants, v STATE OF NEW YORK et al., Respondents. (Claim No. 95092.) [735 NYS2d 455] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (Appeal from Order of Court of Claims, Corbett, Jr., J.—Summary Judgment.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.